UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

NATIONAL CREDIT UNION
ADMINISTRATION BOARD,
as Receiver/Liquidating Agent of
St. Francis Campus Credit Union,

    Plaintiff,

    v.

CUMIS INSURANCE SOCIETY, INC.,

    Defendant.

Case No.: 0:16-cv-00139 (DWF/LIB)
JURY TRIAL DEMANDED

**DECLARATION OF NICHOLAS T. MORAITES
IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL**

Pursuant 28 U.S.C. § 1746, I, Nicholas T. Moraites, hereby declare as follows:

1. I am over 21 years of age.

2. I have personal knowledge of and am competent to testify to the facts set forth herein.

3. I am an member of the law firm of Eckert Seamans Cherin & Mellott, LLC, and I am licensed to practice law in the State of Virginia and the District of Columbia. I have been admitted to the United States District Court for the District of Minnesota *pro hac vice* in the above-captioned matter. I am counsel of record for defendant, CUMIS Insurance Society, Inc ("CUMIS").

4.     Attached hereto as Exhibit A is a true and correct copy of excerpts of plaintiff's second amended privilege log.

5.     Attached hereto as Exhibit B is a true and correct copy of plaintiff's responses to CUMIS's first set of document requests.

6.     I declare upon penalty of perjury that the foregoing is true and correct.


Dated: Washington, DC
August 10, 2017
                                       /Nicholas T. Moraites/