# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Receiver/Liquidating Agent of St. Francis Campus Credit Union,<br><br>Plaintiff,<br><br>v.<br><br>CUMIS INSURANCE SOCIETY, INC.,<br><br>Defendant. | Case No.: 0:16-cv-00139 (DWF/LIB)<br>JURY TRIAL DEMANDED |

## **MEET-AND-CONFER STATEMENT**

I HEREBY CERTIFY that the undersigned has met and conferred with R.H. "Chip" Chockley, counsel for plaintiff, via email and the parties have been unable to agree on a resolution of the motion.

Respectfully submitted,

Date: August 10, 2017         /s/*Nicholas T. Moraites*
                                          F. Joseph Nealon *(Admitted Pro Hac Vice)*
                                          Nicholas T. Moraites *(Admitted Pro Hac Vice)*
                                          ECKERT SEAMANS CHERIN &
                                                MELLOTT, LLC
                                          1717 Pennsylvania Avenue, N.W., 12th Floor
                                          Washington, DC  20006
                                          (202) 659-6606/6670
                                          (202) 659-6699 Fax
                                          jnealon@eckertseamans.com
                                          nmoraites@eckertseamans.com

Daniel N. Moak (Minn No. 0347474)
BRIGGS AND MORGAN, P.A.
2200 IDS Center
80 South 8th Street
Minneapolis, MN  55402
(612) 977-8721
(612) 977-8650 Fax
dmoak@briggs.com

*Counsel for Defendant,*
*CUMIS Insurance Society, Inc.*