# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

NATIONAL CREDIT UNION
ADMINISTRATION BOARD,
as Receiver/Liquidating Agent of
St. Francis Campus Credit Union,

  Plaintiff,

  v.

CUMIS INSURANCE SOCIETY, INC.,

  Defendant.

Case No.: 0:16-cv-00139 (DWF/LIB)
JURY TRIAL DEMANDED

## [PROPOSED] ORDER

This matter came before the Court upon the CUMIS Insurance Society, Inc.'s motion to compel and any response thereto. Appearances were noted in the record.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED:**

1. The motion is granted; and,

2. The emails identified in the motion shall be produced to defendant by plaintiff within 10 days of this order.

Dated: _____, 2017          **BY THE COURT:**

                                        _____
                                        The Honorable Leo I. Brisbois
                                        U.S. Magistrate Judge