IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, As Liquidating Agent of St. Francis Credit Union,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CUMIS INSURANCE SOCIETY, INC.,<br><br>　　　　　Defendant. | Civil No. 16-cv-00139 DWF/LIB<br><br>**[PROPOSED]**<br>**ORDER DENYING DEFENDANT'S**<br>**MOTION TO COMPEL** |

This matter came before the Court on Defendant CUMIS Insurance Society, Inc.'s motion for an order to compel Plaintiff National Credit Union Administration Board to produce certain emails withheld as privileged.

Based on all relevant briefs, records, and proceedings, IT IS HEREBY ORDERED: that Defendant's motion for an order to compel is DENIED.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

Dated: _____, 2017　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable Leo I. Brisbois
　　　　　　　　　　　　　　　　　　　　Magistrate Judge

3773186v1